UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
HARTFORD DIVISION

| | |
|---|---|
| IN RE: | : CHAPTER 13 |
| GONZALO REYES, JR. | : CASE NO. 19-20836-JJT |
| | : |
| Debtor | : August 9, 2019 |

OBJECTION TO CONFIRMATION

Roberta Napolitano, Chapter 13 Standing Trustee, ("Trustee") objects to the confirmation of the Chapter 13 Plan (ECF #4, "Plan") of the above-captioned Debtor ("Debtor") for the following reason(s):

1. The Plan does not conform to the claims filed. The Plan states unsecured non-priority claims total $63,504.19. The Trustee calculates filed unsecured non-priority claims at $63,098.67. The correct amount of the balance owed to BCI Financial Corp. pursuant to proof of claim 1 is $10,254.90.

2. The Plan is other wise confirmable with a payment of $1,215.00 per month.

Wherefore, the Trustee requests that Confirmation of the Plan be denied.

ROBERTA NAPOLITANO, TRUSTEE

By: /s/ *Patrick Crook*
Patrick Crook Staff Atty. Ct07670
Chapter 13 Standing Trustee
10 Columbus Blvd., 6th Floor
Hartford, Connecticut 06106
Tel: 860-278-9410, ext. 130
Fax: 860-527-6185
pcrook@ch13rn.com

UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
Hartford Division

| | |
|---|---|
| IN RE: | : CHAPTER 13 |
| GONZALO REYES, JR. | : CASE NO. 19-20836-JJT |
| | : |
| Debtor. | : August 9, 2019 |

CERTIFICATE OF SERVICE

In accordance with the applicable provisions of the Federal Rules of Bankruptcy Procedure, 2002 and 7004, the undersigned certifies that on the date set forth above, the following documents were served on the U.S. Trustee and all appearing parties via the court's electronic filing system, or by first class mail on the parties listed in section 2 below:

1. **Documents Served:** Objection to Confirmation

2. **Parties Served Via First Class Mail:**
   Debtor(s):
   GONZALO REYES, JR.
   250 WHITE STREET
   HARTFORD, CT 06106

3. **Parties Served Electronically Include:**
   Debtor's Attorney: JONATHAN G. COHEN, ESQ.
   Email:

   Office of the United States Trustee:
   Kim McCabe, Assistant United States Trustee
   ustpregion02.nh.ecf@usdoj.gov

                                    /s/ Patrick Crook
                              Patrick Crook Staff Atty. Ct07670